IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA LEE,<br><br>        Plaintiff,<br><br>v.<br><br>CVC CAPITAL PARTNERS (U.S.), INC., CVC CAPITAL PARTNERS ADVISORY (U.S.), INC., CVC NOMINEES LIMITED, and CVC CAPITAL PARTNERS SICAV-FIS S.A.,<br><br>        Defendants. | Case No. 16 Civ. 362 (GHW) (HBP)<br><br>STIPULATION OF<br>VOLUNTARY DISMISSAL<br>PURSUANT TO<br>FRCP 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs awarded to either party.

_____
Marc E. Bernstein
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
T: (212) 318-6907
F: (212) 230-5127
marcbernstein@paulhastings.com

For Defendants

Dated: Nov. 3, 2016

_____
Cara E. Greene
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017
T: (212) 245-1000
F: (646) 509-2060
ceg@outtengolden.com

For Plaintiff

Dated: Nov. 3, 2016