USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LISA LEE,
Plaintiff,

v.

CVC CAPITAL PARTNERS (U.S.), INC., CVC CAPITAL PARTNERS ADVISORY (U.S.), INC., CVC NOMINEES LIMITED, and CVC CAPITAL PARTNERS SICAV-FIS S.A.,

Defendants.

**MEMORANDUM ENDORSED**

**Case No. 16 Civ. 362 (GHW) (HBP)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs awarded to either party.

Marc E. Bernstein
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
T: (212) 318-6907
F: (212) 230-5127
marcbernstein@paulhastings.com

For Defendants

Dated: Nov. 3, 2016

Cara E. Greene
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017
T: (212) 245-1000
F: (646) 509-2060
ceg@outtengolden.com

For Plaintiff

Dated: Nov. 3, 2016

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case.



Dated: November 4, 2016
New York, New York

GREGORY H. WOODS
United States District Judge